IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHIE LADNER** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:05CV327** |
| | § | |
| **VALSPAR CORPORATION** | § | **DEFENDANT** |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| **DALE PAIGE** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:05CV409** |
| | § | |
| **VALSPAR CORPORATION** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on Motion for Summary Judgment [76] filed by Defendant Valspar Corporation, the Court, after a full review and consideration of the Defendant's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 56. Plaintiffs' case is hereby dismissed with prejudice against the Defendant. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 19th day of October, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE